# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                     Plaintiff,<br><br>v.<br><br>SUHAM SAEED, et al.,<br><br>                     Defendants. | Case No.: 18cv1990-LAB (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 17]** |

The parties' joint motion to dismiss this case in its entirety is **GRANTED**. Dkt 17. Plaintiff Karel Spikes' claims against each of the Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The clerk is directed to close case.

**IT IS SO ORDERED**.

Dated: January 23, 2019

*/s/ Larry A. Burns*

**Hon. Larry Alan Burns**
Chief United States District Judge